Rabin, Cox and Bergan, JJ., concur in Memorandum by The Court; Botein, J., dissents and votes to reverse and deny the motion, in opinion.

Order modified in accordance with memorandum and, as so modified, affirmed. Settle order on notice.

■ SYLVIA GLUCKSTERN, Respondent-Appellant, v. PHILIP GLUCKSTERN, Appellant-Respondent.— Appeals from the judgment unanimously dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SYLVIA GLUCKSTERN, Respondent, v. PHILIP GLUCKSTERN, Appellant.— Special Term, in granting a decree of separation to plaintiff wife, awarded her custody of the parties' six-year-old son. It is this provision only that causes the court concern. Despite the careful and admirable conduct of the trial of the action and of the post-trial procedures by Special Term, it is most difficult to determine the relative qualifications of these bitterly opposed parents from the record alone. It is likely that a thorough investigation and report by a trained social worker may help resolve some of the doubts that evidently troubled Special Term, and that trouble this court. The services of such a skilled person are available in the recently established Special Term, Part XII (Family Part). Accordingly, the amended judgment of February 17, 1956 is unanimously modified to the extent only of remitting same to the Justice who tried the action in Special Term, Part VI, for the purpose of utilizing the services afore-mentioned as an aid in deciding the custody of the six-year-old son of the parties, and is otherwise affirmed. Order modifying the final judgment dated April 5, 1956 unanimously modified to the extent of likewise remitting the motion to amend the support and maintenance provisions of the judgment to await the decision as to custody of the afore-mentioned son. Settle orders on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SYLVIA GLUCKSTERN, Respondent, v. PHILIP GLUCKSTERN, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SYLVIA GLUCKSTERN, Respondent, v. PHILIP GLUCKSTERN, Appellant.— Appeal from order entered March 13, 1956 unanimously dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SYLVIA GLUCKSTERN, Respondent, v. PHILIP GLUCKSTERN, Appellant.— Appeal from order entered April 6, 1956 unanimously dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ HAWTHORNE STEEL CORPORATION, Appellant-Respondent, v. ARLINGTON STEEL CORPORATION, Respondent-Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ A. S. RAMPELL, INC., Plaintiff-Respondent-Appellant, v. HYSTER COMPANY et al., Defendants-Appellants-Respondents.— Appeals from orders entered December 16, 1955 unanimously dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [1 Misc 2d 788.]

■ IRVING KOMOROFF, Appellant, v. JEROME GOLENBOCK, Respondent.— Order modified to the extent of directing that all partnership funds received by either of the partners be deposited in the partnership account, subject to withdrawal — pending arbitration — only on the joint signatures of counsel for both parties. Remissions to clients should, of course, be made immediately when due. Stay to continue subject to an application to be relieved thereof should it be determined that arbitration is not warranted. As so modified the order is affirmed. Settle order on notice. Concur — Rabin, Cox and Bergan, JJ.; Botein, J. P., dissents and votes to eliminate the stay and otherwise concurs.